## Palos Coal and Coke Co. *v.* Benson.

*Assault and Battery Committed by Servant.*

(Decided Dec. 21, 1905, 39 So. Rep. 727.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. A. COLEMAN.

WARD & DRENNEN, for appellant.

SHUGART & BELL, for appellee.

Reversed and remanded.

Opinion by SIMPSON, J.

HARALSON, TYSON and ANDERSON, JJ., concur.

---

## Baggett *v.* Mason.

*Detinue.*

(Decided Dec. 21, 1905, 39 So. Rep. 728.)

APPEAL from Bessemer City Court.

Heard before Hon. WILLIAM JACKSON.

WILLIAM F. PORTER and PINKNEY SCOTT, for appellant.

L. F. GODFREY and B. C. JONES, for appellee.

Appeal dismissed.

Opinion by TYSON, J.

SIMPSON, ANDERSON and DENSON, JJ., concur.

---

## Kentucky Refining Co. *v.* Conner.

*Breach of Contract.*

(Decided Dec. 21, 1905, 39 So. Rep. 728.)

APPEAL from Macon Circuit Court.

Heard before Hon. A. H. ALSTON.

O. S. LEWIS and STEINER, CRUM & WEIL, for appellant.

H. P. MERRITT, for appellee.

Reversed and remanded.

Opinion by DENSON, J.

TYSON, SIMPSON and ANDERSON, JJ., concur.